STATE OF NEW JERSEY v. JOHN BETHEA.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGEL PEREZ.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE F. PALACIO.

November 2, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. MURRAY WHITFIELD.

November 2, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ERNEST JESSE HAWKS.

November 2, 1987.

Petition for certification denied.   (See 214 *N.J.Super.* 430)